1
2
3
4               UNITED STATES DISTRICT COURT
5                    DISTRICT OF NEVADA
6                           * * *
7  WENDELL J. HUBBARD,            )    2:08-CV-01841-PMP-RJJ
                                  )
8           Plaintiff,            )
                                  )    **ORDER**
9    vs.                          )
                                  )
10 FLIPPO, et al.,                )
                                  )
11          Defendants.           )
                                  )
12 _____)

        Before the Court for consideration is Defendants LVMPD fully briefed Motion for Summary Judgment (Doc. #27), filed on July 16, 2010, on behalf of Defendants, Sgt. Flippo, Lt. Wright, Lt. Scott Zolman, Capt. Wayne Peck and former Deputy Chief Leroy Kirkegard.

        The Court finds that Plaintiff Hubbard has failed to offer evidence or testimony in the record of this case showing that a dispute exists with respect to a genuine issue of material fact, and for the reasons set forth in Defendants' motion for summary judgment and reply memorandum (Doc. #30), Defendants are entitled to judgment as a matter of law in accord with provisions of Rule 56 of the Federal Rules of Civil Procedure.

///
///
///
///

**IT IS THEREFORE ORDERED that** Defendants LVMPD Motion for Summary Judgment (Doc. #27) is **GRANTED**, and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff Wendell J. Hubbard.

DATED: August 26, 2010.

                                                              _____
                                                              PHILIP M. PRO
                                                              United States District Judge